MARCUS G. TIGGS, Bar Number 137467
mtiggs@lawbwl.com
**BAYER WISHMAN & LEOTTA**
1055 Wilshire Blvd., Ste 1900
Los Angeles, CA. 90017
Tel. 213-629-8801
Fax. 213-629-8802

Attorney for Debtor and Debtor-in-Possession



FILED & ENTERED

APR 15 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISON

| | |
|---|---|
| In re:<br><br>ROGER TIMOTHY RUIZ,<br><br>　　　　Debtor and Debtor-In-Possession. | Case No.: 2:19-bk-10297-RK<br><br>Chapter 11<br><br>**ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Date:　　8 April 2020<br>Time:　　11:00 am<br>Location: Courtroom 1675<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA. |

　　　　On April 8, 2020 at 11:00 am, Debtor's Amended Motion for Confirmation of Individual Chapter 11 Plan of Reorganization (Dkt. 94)(the "Motion") was heard on regular notice before the Honorable Robert Kwan, United States Bankruptcy Judge in Courtroom 1675, 255 E. Temple St., Los Angeles, CA. Appearances were made by Marcus G. Tiggs, a member of BAYER WISHMAN & LEOTTA for Debtor; and Raffi Khatchadourian of HEMAR, ROUSSO & HEALD, LLP for creditor, First Home Bank.

　　　　The Court, having considered the Motion; Debtor's Chapter 11 Plan of Reorganization (Dkt. 69); the Supplemental Plan Ballot Summary (Dkt. 96); Debtor's Motion for Order Approving Class 6(b) Creditor, First Home Bank, to Change its Vote from Rejecting to Accepting Plan (Dkt. 93); and good cause appearing, and no opposition filed by the affected creditors or interested parties, and the Court having found that:

Main Document Page 2 of 3

      a)     This plan confirmation hearing was duly noticed to all creditors, all interest holders, the Office of the United States Trustee, and all other parties entitled to notice;

      b)     The proposed modification of the Plan by Debtor's Motion for Order Approving Class 6(b) Creditor, First Home Bank, to Change its Vote from Rejecting to Accepting Plan (extending the duration from 60 to 72 months and paying creditors a greater amount than the filed plan) (Dkt. 93) is nonmaterial, insofar as it has no adverse effect on creditors; and

      c)     Debtor has provided the Court with sufficient evidence that the Plan is feasible and that the Plan meets all of the required findings under 11 USC §1129 for plan confirmation.

**IT IS HEREBY ORDERED THAT**,

1. Debtor's Amended Motion for Confirmation of Individual Chapter 11 Plan of Reorganization (Dkt. 94) is GRANTED.

2. Debtor's Chapter 11 Plan of Reorganization (Dkt. 69) is CONFIRMED, subject to the modification extending the plan duration from 60 to 72 months.

3. If the above-referenced case is converted to one under chapter 7, the property of the reorganized debtor, or of any liquidation or litigation trust, or of any other successor to the estate under the plan, that has not been distributed under the plan shall be vested in the chapter 7 estate, except for property that would have been excluded from the estate if this case had always been one under chapter 7.

4. By no later than **August 12, 2020**, the Reorganized Debtor is directed to file a status report explaining what progress has been made toward consummation of the confirmed plan of reorganization. The initial report shall be served on the United States trustee, the 20 largest unsecured creditors, and those parties who have requested special notice. The status report must include, at a minimum, the information identified in Local Bankruptcy Rule 3020-1(b). Further reports shall be filed every 120 days thereafter and served on the same entities, unless otherwise ordered by the court. A

///

///

///

///

post confirmation status conference will be held on **August 19, 2020 at 11:00 a.m.** in Courtroom 1675, Roybal Federal Building, 255 East Temple Street, Los Angeles, California  90012.

###

Date: April 15, 2020

_____
Robert Kwan
United States Bankruptcy Judge